UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORA BOROWSKY,

Plaintiff,

v.

TREE TOP, INC.,

Defendant.

Case No. 25-cv-05533-RFL (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 49

Although counsel met and conferred by videoconference on July 2, 2026, it appears from their joint statement that the videoconference didn't address in detail the current dispute over Plaintiff's RFPs 2 and 3. The Court orders the parties to meet and confer further about RFPs 2 and 3, in person or by videoconference, by August 19, 2026. If the parties cannot reach an agreement about RFPs 2 and 3 thereafter, they may file another joint statement.

**IT IS SO ORDERED.**

Dated: August 13, 2026

Alex G. Tse
United States Magistrate Judge