**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
Joshua B. Glatt (State Bar No. 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
dguerra@bursor.com
jglatt@bursor.com

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
James H. Moon (SBN 268215)
*jamesmoon@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 S. Grand Avenue, 27th Floor
Los Angeles CA 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant Tree Top, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NORA BOROWSKY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TREE TOP, INC.,

Defendant.

Case No. 3:25-cv-05533-RFL

**JOINT STATEMENT IDENTIFYING MEDIATOR AND MEDIATION DATE**

Judge: Hon. Rita F. Lin

Pursuant to the Court's April 8, 2026 Order directing the Parties to file a joint letter identifying the name of the mediator and date of mediation (ECF No. 40), the Parties state as follows:

The Parties have agreed tentatively to attend a full day mediation with the Honorable Suzanne Segal (Ret.) of Signature Resolution on January 19, 2027, subject to Defendant's scheduling confirmation.

Dated: November 6, 2026

**BURSOR & FISHER, P.A.**

By: /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
Joshua B. Glatt (State Bar No. 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
dguerra@bursor.com
jglatt@bursor.com

*Attorneys for Plaintiff*

Dated: November 6, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Jacob M. Harper*

Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
James H. Moon (SBN 268215)
*jamesmoon@dwt.com*
Peter K. Bae (SBN 329158)
*peterbae@dwt.com*
350 S. Grand Avenue, 27th Floor
Los Angeles CA 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant Tree Top, Inc.*